IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

JIMMIE G. BILES, JR., MD,
a resident of Wyoming,

    Plaintiff,

vs().

JOHN HENRY SCHNEIDER, JR., MD,
MICHELLE RENE SCHNEIDER,
husband and wife, both residents of Montana;
JOHN HENRY SCHNEIDER, JR., MD, PC
a Montana corporation; and JOHN DOES I-XXX,

    Defendants.

) ) ) ) ) ) ) ) ) ) ) )

CIVIL NO. 11-cv-366 F

## ACCEPTANCE OF SERVICE FOR JOHN HENRY SCHNEIDER, JR., MD, AND MICHELLE RENE SCHNEIDER

On January 31, 2012, I, Laurence W. Stinson, of Bonner Stinson, PC, represent that I have received copies of the Complaint and Summons in the above-entitled action in my capacity as attorney for Defendants John H. Schneider, Jr., MD and Michelle R. Schneider.

As set forth below, I am authorized by defendants to accept service of the Complaint and Summons as if it had been personally handed to said defendants, officer, a managing or general agent, or any other agent authorized by appointment or law to received service, and that I accept service of the same in lieu of the formal service of a Summons and Complaint.

I hereby waive any defense related to perceived inadequacies relating to formal service of Summons and Complaint as set forth in Federal Rule of Civil Procedure 4.

DATED this 31st day of January, 2012.

RESERVING ALL OTHER DEFENSES- LWS

_____
Laurence W. Stinson
Bonner Stinson, PC
1421 Rumsey Avenue
Cody, WY 82414
Tel: (307) 587-0300

Attorney for Defendants

ACCEPTANCE OF SERVICE
PAGE 2 OF 3

## CERTIFICATE OF SERVICE

I hereby certify on the ___ day of January, 2012, a true and correct copy of the above and foregoing **ACCEPTANCE OF SERVICE FOR JOHN HENRY SCHNEIDER, JR., MD, AND MICHELLE RENE SCHNEIDER** was filed with the Clerk of Court using the CM/ECF system which sent notification of such filing upon all attorneys of record including:

R. Daniel Fleck – Wyo. Bar #6-2668
M. Kristeen Hand – Wyo. Bar #6-3544
THE SPENCE LAW FIRM, LLC
15 South Jackson
P.O. Box 548
Jackson, WY 83001
(307) 733-7290
(307) 733-5248 facsimile

*Attorneys for Plaintiff*

William L. Simpson – Wyo. Bar #5-2189
SIMPSON, KEPLER & EDWARDS, LLC
1135 14th Street
P.O. Box 490
Cody, WY 82414-0490
(307) 527-7891
(307) 527-7897 facsimile

— By Hand Only

_____
Lawrence W. Stinson
Bonner Stinson, PC
1421 Rumsey Avenue
Cody, WY 82414
Tel: (307) 587-0300

*Attorney for Defendants*