Laurence W. Stinson
Wyoming State Bar #6-2918
BONNER STINSON P.C.
1421 Rumsey Avenue
Cody, Wyoming 82414
307.587.0300
Fax: 307.527.6092
Email: laurence@bonnerstinsonpc.net
ATTORNEY FOR DEFENDANTS
JOHN H. & MICHELLE R. SCHNEIDER

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JIMMIE G. BILES, JR., MD. a resident of Wyoming, Plaintiff, vs. JOHN HENRY SCHNEIDER, JR., MD, MICHELLE RENE SCHNEIDER, husband and wife, both residents of Montana; JOHN HENRY SCHNEIDER, JR., MD, PC a Montana corporation; and JOHN DOES 1-XXX Defendants. | Case No. 11-CV-366F |

## SWORN STATEMENT OF JOHN H. SCHNEIDER, JR., MD AND MICHELLE RENEE SCHNEIDER

COMES NOW, John H. Schneider, Jr., MD and Michelle Renee Schneider,

and under sworn oath does state, swear, and affirm as follows:

1. We are John H. Schneider, Jr., MD and Michelle Renee Schneider and the

   information provided herein is true and correct to the best of our knowledge

Sworn Statement of John H. Schneider, Jr., MD and Michelle Rene Schneider- Page 1 of 3

EXHIBIT 1

and the same information both of us would provide if called upon to do so by testimony in a court of law.

2. We are residents of Wyoming and have been since approximately 2007. We have resided here full-time since 2008. Although we own a home in Montana, our principal place of residence is in Park County, Wyoming.

3. We file our taxes as residents of the State of Wyoming.

4. We have Wyoming driver's licenses.

FURTHER AFFIANT SAYETH NAUGHT.

DATED this 2nd day of February, 2012.

JOHN H. SCHNIEDER, JR., MD

MICHELLE RENEE SCHNEIDER

I, John H. Schneider, Jr., MD, declare under penalty of perjury under the laws of the United States of America, that I am the within-named affiant, that I have read the above and foregoing Declaration and Statement, that I know and understand the contents thereof and that this Declaration and Statement is true and correct. In accordance with 28 U.S.C. §1746, this instrument is intended to and shall have the same force and effect as a sworn declaration, verification, certificate, statement, oath or affidavit.

JOHN H. SCHNIEDER, JR., MD

I, Michelle Renee Schneider, declare under penalty of perjury under the laws of the United States of America, that I am the within-named affiant, that I have read the above and foregoing Declaration and Statement, that I know and understand the contents thereof and that this Declaration and Statement is true and correct.  In accordance with 28 U.S.C. §1746, this instrument is intended to and shall have the same force and effect as a sworn declaration, verification, certificate, statement, oath or affidavit.

MICHELLE RENEE SCHNEIDER