1. Contact between JHS and LF:

    a. Prior conversations with JHS about Q/A at Indiana hospital.

    b. JHS inquired of LF how does Indiana deal with impaired physician shortly after Biles DUI. JHS revealed multiple ETOH issues, complaints to Board of medicine, danger to patients, hospital ignored previous reports. JHS forwards on to LF an email from a Tammy Jones (Biles secretary) to Collette Schwindt (Schneider patient who works at the surgericenter in Cody)

    1. In the communication Tammy Jones indicated Biles was on war path, admitted he was drunk to her and started ordering tests on himself to make it look like he past out from a medical condition. Schwindt (husband is deputy Sheriff) email discusses sheriffs inside story that Biles was so drunk, they needed to almost break the glass in his truck to get him awake enough to open the door and then that he was belligerent and initially resisted interrogation at the scene and then arrest but they decided not to press those charges.

2 JHS comments in phone conversation that the public should see the web site Sheriff's department of Biles. LF indicates if she had the mailing labels she could get this done. There is no offer or request of payment for this service.

4. JHS forward provided mailing list from on line service he uses in Marketing with specific focus on Big Horn Basin. This is mailed to LF on a stick drive. This is what LF gives printer.

5. LF constructs the flier, uses funds from "multiple parties including JHS " that she has borrowed to raise her family. LF has since paid back any monies she borrowed that may have been used to create and send the flier.

    a. Flyer content beyond the web address was not discussed or reviewed by JHS before it was sent.

    b. JHS did speak once with LF and printer one time as JHS had inquired of LF whether the printer had actually accepted the funds and was performing the duties he said he would.

6. Flier was received and JHS comment to LF included in the interoggatories. No further inquiry or communication regarding this issue is discussed with LF and JHS, except when LF is serviced a lawsuit filed by Biles' attorneys.. Nothing specific to the claim is discussed.