**From:** "Kim Sapone" <acclaimagency@bresnan.net>
**Date:** February 22, 2012 2:07:02 PM MST
**To:** bruce@codyenterprise.com, darian@codyenterprise.com, news@billingsgazette.com
**Subject: Cody Surgeon Responds to Libel Allegations**

FOR IMMEDIATE RELEASE              Contact: Kimberly Sapone
Acclaim, LLP Public Relations
406-860-1952
 acclaimagency@bresnan.net

Local Surgeon's Response to Libel Allegations

Cody, WY – Dr. John H. Schneider, Neurosurgeon, filed in federal court on Tuesday in response to recent allegations of defamation of character by orthopedic surgeon, Dr. Jimmie Biles.  Dr. Schneider's response not only addresses the suit brought on by Dr. Biles but will carry with it a countersuit on behalf of Dr. John H. Schneider as well as a suit on behalf of the People of Wyoming.

Court filings hold sworn testimony that proves Dr. Schneider had no involvement in the negative flyer distributed last December about Dr. Biles. The individual named in disseminating the flyer testified that she, and she alone, created the flyer.  Court records also indicate that Dr. Biles has a long history of erratic, alcohol and substance abuse related behavior that has left many, including patients, the general public and Dr. Schneider, feeling victimized.

"It's a shame it had to come to this," said Dr. Schneider. "Dr. Biles has some personal demons to overcome, and I feel sorry for him. It's sad to see a man lash out at others in a desperate attempt to salvage a career that is crumbling around him. I hope he is able to get healthy and in control again someday."

Attorney for Dr. Schneider, Laurence Stinson of Bonner Stinson Law Firm, feels the suit brought on by Dr. Biles is another attempt to cause harm to Dr. Schneider "as a result of long-standing animosity and jealousy toward Dr. Schneider, his former friend, who refused to finance a ranch operation owned by Dr. Biles."

Dr. Schneider continued "We look forward to getting this over with so we can get back to our purpose – helping our patients and our community." Dr. Schneider stated that he has tried to take the higher ground in his dealings with Dr. Biles over the last several years, but "my personal integrity and my professional career demand that I not stand idly by any longer."

A hearing date is expected to address Dr. Biles' original complaint on _____ .  Dr. Schneider's countersuit will be heard on _____.


###########
Copies of Tuesday's filing may be accessed on Pacer

Kimberly Sapone
ACCLAIM, LLP
1212 Grand Avenue, Ste 144
Billings, MT 59102
(406) 860-1952
acclaimagnecy@bresnan.net
WWW.AcclaimAgencyProfessionals.com