# CIVIL MINUTE SHEET
# MOTION HEARING

☑ **Telephonic**

Date  03/01/12

Time  1:33 p.m. - 2:34 p.m.                                Case No.  11-CV-366-F

BILES   VS   SCHNEIDER et al

| Nancy D. Freudenthal | Abby Logan | Jan Davis | Kevin Walton |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)  R. Daniel Fleck, Mary Kristeen Hand (via telephone)

Attorney(s) for Defendant(s)  Larry Stinson (via telephone)

Witness(es) for Plaintiff(s)
Witness(es) for Defendant(s)

| Pltf / Dft | Pleading No. | Motion to/for | Disposition |
|---|---|---|---|
| Defendant | 8 | dismiss | Denied |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

☐ Briefs to be filed on or before _____ by _____
                                    _____ by _____

☑ Order to be prepared by    ☑ Court    ☐ Attorney _____
☐ Attorney _____                       Admitted *pro hac vice*

Other proceedings

Plaintiffs can file a supplemental of authority by noon on 3/2/12.  Courts ruling is not final until supplement is reviewed and a written Order is issued.