# CIVIL MINUTE SHEET
# MOTION HEARING

☑ **Telephonic**



**FILED**

*4:16 pm, 4/10/12*

**Stephan Harris**
**Clerk of Court**

Date  04/10/12

Time  3:33 - 4:08

Case No.  11-CV-366-F

JIMMIE BILES, JR., M.D.  VS  JOHN SCHNEIDER, JR., M.D., et al.

| Nancy D. Freudenthal | Zac Fisher | Jan Davis | Kevin Walton |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)   Mary Kristeen Hand, R. Daniel Fleck (via telephone)
                                Counter-Defendant Biles - Christopher Voigt

Attorney(s) for Defendant(s)   Bradley Bonner, Laurence William Stinson

Witness(es) for Plaintiff(s)
Witness(es) for Defendant(s)

| Pltf / Dft | Pleading No. | Motion to/for | Disposition |
|---|---|---|---|
| Plaintiff | 29 | Dismiss Counterclaim | Granted |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

☐ Briefs to be filed on or before _____ by _____
                                    _____ by _____

☐ Order to be prepared by   ☐ Court   ☐ Attorney _____
☐ Attorney _____                      Admitted *pro hac vice*

Other proceedings

The will be a differentiation in the order as to granting the motion between the claims that are denied with prejudice based upon absolute privilege and those claims that will be dismissed without prejudice. Leave to amend will need approval from the Court or consent from the parties. Please refer to the written order for a more detailed ruling.