Laurence W. Stinson
Wyoming State Bar #6-2918
Bradley D. Bonner
Wyoming State Bar #5-2983
BONNER STINSON, P.C.
1421 Rumsey Avenue
Cody, Wyoming 82414
307.587.0300
Fax: 307.527.6092
ATTORNEYS FOR SCHNEIDER DEFENDANTS

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JIMMIE G. BILES, JR., MD, a resident of Wyoming, | ) ) ) |
| Plaintiff, | ) Case No. 11-CV-366F ) |
| vs. | ) ) |
| JOHN HENRY SCHNEIDER, JR., MD, MICHELLE RENE SCHNEIDER, husband and wife, both residents of Montana; JOHN HENRY SCHNEIDER, JR., MD, PC a Montana corporation; and JOHN DOES I-XXX | ) ) ) ) ) |
| Defendants. | ) ) ) |

## MOTION TO WITHDRAW

COME NOW Laurence W. Stinson and Bradley D. Bonner of the law firm Bonner Stinson, P.C., Cody, Wyoming, and move this Court pursuant to Local Rule

83.12.3(b), U.S.D.C.L.R., for its Order granting their withdrawal as counsel for Defendants herein.  The motion is made on the following grounds:

1.	The grounds for withdrawal were communicated to the Court on April 26, 2012.  The Court indicated it would sign an Order of Withdrawal and required that this motion be filed on or before June 15, 2012.

2.	Counsel has complied with the notice requirement of Local Rule 83.12.3.

WHEREFORE, counsel Laurence W. Stinson and Bradley D. Bonner and the law firm Bonner Stinson, P.C. request the Court's Order Granting Withdrawal Of Counsel and request such other and further relief as the Court deems equitable and just.

DATED this 11th day of May, 2012.

/s/ Bradley D. Bonner
Laurence W. Stinson
Wyoming State Bar #6-2918
Bradley D. Bonner
Wyoming State Bar #5-2983
BONNER STINSON, P.C.
1421 Rumsey Avenue
Cody, Wyoming 82414
307.587.0300
Fax: 307.527.6092
ATTORNEYS FOR SCHNEIDER DEFENDANTS

## CERTIFICATE OF SERVICE

I, Bradley D. Bonner, attorney for Schneider Defendants, hereby certify that on the 11th day of May, 2012, I served a true and correct copy of the foregoing via the CM/ECF system to:

R. Daniel Fleck, WSB #6-2668
M. Kristeen Hand, WSB #6-3544
THE SPENCE LAW FIRM, LLC
15 South Jackson
P.O. Box 548
Jackson, Wyoming 83001
fleck@spencelawyers.com
hand@spencelawyers.com

Jeffrey J. Oven, WSB #6-3371
Christopher C. Voigt, WSB #6-3313
CROWLEY FLECK, PLLP
500 Transwestern Plaza II
490 North 31st Street
P.O. Box 2529
Billings, Montana 59103-2529
joven@crowleyfleck.com
cvoigt@crowleyfleck.com

William L. Simpson, WSB #5-2189
SIMPSON, KEPLER & EDWARDS, LLC
1135 14th Street
P.O. Box 490
Cody, Wyoming 82414-0490
bsimpson@skelaw.com

/S/ Bradley D. Bonner
Bradley D. Bonner