R. Daniel Fleck – Wyo. Bar #6-2668
M. Kristeen Hand – Wyo. Bar #6-3544
THE SPENCE LAW FIRM, LLC
15 South Jackson Street
Po Box 548
Jackson, WY 83001
307-733-7290
307-733-5248 (facsimile)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JIMMIE G. BILES, JR., MD, a resident of Wyoming,  Plaintiff,  vs.  JOHN HENRY SCHNEIDER, JR., MD, MICHELLE RENE SCHNEIDER, husband and wife, both residents of Montana; JOHN HENRY SCHNEIDER, JR., MD, PC a Montana corporation; and JOHN DOES I-XXX,  Defendants. | **CIVIL NO. 11-CV-366F** |

### PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

As set forth in the Civil Minute Sheet, the parties notified the Court on May 11, 2012, of settlement.

The Court set another status conference for "08/31/12 at 8:00 am to check on settlement papers being filed."

Plaintiff, by and through his counsel, R. Daniel Fleck and M. Kristeen Hand of THE SPENCE LAW FIRM, LLC, hereby request that the pending status conference be vacated, this action be dismissed with prejudice in its entirety, pursuant to Rule 41 of

the Federal Rules of Civil Procedure, with each party bearing his, her or its own costs and attorneys' fees.

DATED this 15th day of June, 2012.

/s/ R. Daniel Fleck
R. Daniel Fleck – Wyo, Bar #6-2668
M. Kristeen Hand – Wyo. Bar #6-3544
THE SPENCE LAW FIRM, LLC
15 South Jackson
P.O. Box 548
Jackson, WY  83001
(307) 733-7290
(307) 733-5248 facsimile

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify on the 16th day of June, 2012, a true and correct copy of the above and foregoing was served upon the parties by depositing a copy thereof in the United States Mail, postage prepaid, addressed as follows:

| | |
|---|---|
| Schneider Defendants | Jeffery J. Oven – Wyo. Bar #6-3371 |
| c/o Stephen H. Kline | Christopher C. Voigt – Wyo. Bar #6-3313 |
| Kline Law Offices | CROWLEY FLECK PLLP |
| 401 West 19th Street, Suite 306 | 500 Transwestern Plaza II |
| PO Box 1938 | 490 North 31st Street |
| Cheyenne, WY 82003-1938 | PO Box 2529 |
| Tel:  (307) 778-7056 | Billings, MT  59103-2529 |
| | Tel: (406) 252-3441 |

/s/ R. Daniel Fleck
R. Daniel Fleck – Wyo. Bar #6-2668
M. Kristeen Hand – Wyo. Bar #6-3544
THE SPENCE LAW FIRM, LLC